UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KIMBERLY LUCAS,                                                         :
:
Plaintiff,                                 :
-v-                                                           :    23-CV-9934 (JMF)
:
CARLOS A. MADERA, et al.,                                               :    MEMORANDUM OPINION
:              AND ORDER
:
Defendants.                                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 9, 2023, Defendants removed this action from the Supreme Court of New York, Bronx County, asserting that removal was proper on the basis of diversity jurisdiction. *See* ECF No. 1, ¶ 17. It is well-established that the party invoking diversity jurisdiction to remove a case to federal court "has the burden of proving that it appears to a reasonable probability that the claim is in excess of the statutory jurisdictional amount." *Scherer v. Equitable Life Assurance Soc'y of U.S.*, 347 F.3d 394, 397 (2d Cir. 2003) (cleaned up). Defendants' notice of removal did not demonstrate to a reasonable probability that the claim was in excess of $75,000, and this Court issued an order requiring Defendants to show cause why the action should not be remanded for lack of subject-matter jurisdiction. *See* ECF No. 6.

       On November 28, 2023, Defendants filed a response providing no additional basis to satisfy the amount in controversy requirement and all but conceding that removal was improper. *See* ECF No. 11. It follows that the case must be and is remanded back to the state court from whence it came. Although the Court acknowledges Defendants' frustration regarding Plaintiff's refusal to provide a statement of damages, *see id.* at 4, today's remand is without prejudice to removal later, if or when Defendants receive "a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable," 28 U.S.C. § 1446. (Alternatively, Plaintiff can avoid remand by stipulating or otherwise confirming that she does not seek more than $75,000.) The Clerk of Court is directed to immediately remand this case back to the Supreme Court of New York, Bronx County, and to close the case on this Court's docket.

       SO ORDERED.

Dated: November 29, 2023                         _____
      New York, New York                             JESSE M. FURMAN
                                                   United States District Judge